AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Birch, Jr. Stanley F. | Eleventh Circuit | 5/13/2008 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge -- Active | ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ____ Final <br> 5b. ___ Amended Report | 1 January 2007 - 31 December 2007 |

**7. Chambers or Office Address**

Eleventh Circuit Court of Appeals
56 Forsyth Street, NW, Atlanta, GA 30303

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

---

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ████████ Insurance Trust |
| 2. Trustee | ██ Insurance Trust ████████ |
| 3. Trustee | ██ Trust |
| 4. Co-Executor | ██ (Deceased) Estate |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒ **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

☐ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. 2007 | ██ Trust | $ 175.00 |
| 2. | | $ |
| 3. | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

☐ **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. 2007 | Coldwell-Banker Previews | |
| 2. | | |

RECEIVED 2008 MAY 19 A 10:12 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

X    **NONE**  (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

X    **NONE**  (No such reportable gifts.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

X   **NONE**  (No reportable liabilities.)

| | CREDITOR | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Birch, Jr., Stanley F. | 5/13/2008 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| Lot, Oconee County, SC | | None | L | W | | | | | |
| Sun Trust Bank | A | Interest | K | T | | | | | |
| Lot, St. John USVI | | None | N | W | | | | | |
| *████████ Ins. Trust | B | Int. | J | T | ** | | | | |
| *██Ins. Trust ██████ | B | Int. | J | T | ** | | | | |
| *████ (Dec.) Estate | B | Int. | N | T | ** | | | | |
| *██ Trust | A | Int. | K | T | *** | | | | |

* All assets in these trusts held in SunTrust Bank cash/cash equivalents accounts.
** Partial distribution to beneficiaries of trust income and corpus.  Trustee's fees taken in prior years.
*** Complete distribution to beneficiaries of trust income and corpus (residual amount for payment of fees and taxes).  Trustee's fees taken in prior years.(Except as indicated).

1  Income/Gain Codes:   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001- $100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001- $100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3  Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

AS TO:  Part I.   These are ███████ trusts and an estate that fall within the exception to section 5(a)(3) of the Ethics Reform  Regulation and Canon 5, subpart D, of the Code of Conduct.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)